**DISMISS and Opinion Filed October 11, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00376-CV**

**MELISSA LEBRUN, Appellant**

**V.**

**AVENUES AT CRAIG RANCH, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00653-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Goldstein
Opinion by Justice Goldstein

After appellant failed to respond to our inquiry regarding the reporter's record, we ordered this appeal submitted without a reporter's record and for appellant's brief to be filed by August 31, 2022. On September 2, 2022, we notified appellant the time for filing her brief had expired and directed appellant to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE


220376F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MELISSA LEBRUN, Appellant

No. 05-22-00376-CV          V.

AVENUES AT CRAIG RANCH,
Appellee

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00653-
2022.

Opinion delivered by Justice
Goldstein. Justices Molberg and
Reichek participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered October 11, 2022